# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The People | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV20-00803 JLS (DFM) |
| v. | |
| Rohan Vijay Murgai | NOTICE OF FILING OF COMPLAINT WITHOUT PREPAYMENT OF FILING FEES OR REQUEST TO PROCEED IN FORMA PAUPERIS |
| DEFENDANT(S) | |

Plaintiff has submitted a complaint for filing. The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted. The case has been forwarded to the assigned magistrate judge for review.

| April 27, 2020 | By E.Vargas |
|---|---|
| Date | Deputy Clerk |