UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 20-00803-JLS (DFM) | Date: | August 27, 2020 |
|---|---|---|---|
| Title | Rohan Vijay Murgai v. The People | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Court Reporter |
| Deputy Clerk | | Not Present |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On April 27, 2020, Plaintiff filed this pro se civil rights action. See Dkt. 1. In May 2020, the Court issued a minute order stating that it was unclear whether Plaintiff intended to file a new lawsuit. See Dkt. 4. In response, Plaintiff submitted both a request to proceed in forma pauperis and a check for the filing fee. He also indicated that he intended to file a new lawsuit in this court. The Court accepted the filing fee and denied his request to proceed in forma pauperis, finding that he made an inadequate showing of indigency. See Dkt. 9.

On June 19, 2020, the Court ordered Plaintiff to file with the Court a copy of the proof of service showing proper service on defendants within 60 days, or to file with the Court a brief explaining why he had not yet served the complaint on the named defendants. Plaintiff has done neither.

Rule 4(m) of the Federal Rules of Civil Procedure requires that a complaint be served within 90 days of filing. Rule 4(m) also allows for the time for service to be extended upon either a showing of good cause for the defective service or, if there is no good cause, the court has discretion to dismiss without prejudice or extend the time period. See Fed. R. Civ. P. 4(m).

**Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing why he has not served the Complaint or (b) file with the Court a copy of the proof of service showing that he has served the Complaint in compliance with the Federal Rules of Civil Procedure. Plaintiff is expressly forewarned that failure to comply will result in a recommendation of dismissal without prejudice.**