JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| ROHAN VIJAY MURGAI, | Case No. SA CV 20-00803-JLS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE PEOPLE, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: March 24, 2021

_____
JOSEPHINE L. STATON
United States District Judge